KIRT J. HOPSON
Attorney at Law
9844 S. Paramount Blvd.
Downey, California 90240-3874
(562) 861-6313
State Bar No. 111091

Attorney for Defendant
JUAN GUADALUPE AYON SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-04-0388-MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| -vs- ) | **MODIFYING RELEASE BOND** |
| ) | |
| ) | |
| JUAN GUADALUPE AYON ) | |
| SANDOVAL, ) | |
| ) | |
| Defendant. ) | Hon. Morrison C. England, Jr. |
| _____) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the parties, Plaintiff UNITED STATES OF AMERICA, and, Defendant JUAN GUADALUPE AYON SANDOVAL ("SANDOVAL"), as follows:

1. SANDOVAL was arrested on September 22, 2004, and, made his first appearance in this matter on September 23, 2004, before United States Magistrate Judge Gregory G. Hollows, at which time he was detained without bail.

2. The original Indictment in this matter was filed on October 6, 2004.

1

3. On October 8, 2004, SANDOVAL entered a not guilty plea.

4. On December 17, 2004, after written application, SANDOVAL was ordered released on a $150,000 bond secured by real property; this property is located at 2241 Lago Madero, City of Chula Vista, County of San Diego, State of California.

5. This property is owned by Salvador Samaniego, the husband of SANDOVAL's sister, Marisol Ayon Sandoval.

6. SANDOVAL was in fact ordered released from custody by United States Magistrate Judge Kimberly J. Mueller on January 18, 2005, with supervision by Pretrial Services.

7. SANDOVAL has appeared at all of the nine (9) scheduled status conferences in this matter since January 18, 2005, he has otherwise fully complied with the conditions of his pretrial release for twenty (20) months, and, he has maintained regular contact with his current Pretrial Services Officer, Gina Faubion.

8. Ms. Faubion has advised SANDOVAL's attorney of record that SANDOVAL is in compliance with his conditions of pretrial release.

9. Mr. Salvador Samaniego, Marisol Ayon Sandoval, and, SANDOVAL, have asked SANDOVAL's attorney of record to request a release of the lien on Mr. Samaniego's real property, located at 2241 Lago Madero, City of Chula Vista, County of San Diego, State of California, so that this parcel of real property can be sold and transferred.

10. Mr. Samaniego has offered other real property as a substitution for the real property now securing the Appearance Bond; this property is located at 2604 Cedar Grove Court, City of Chula Vista, County of San Diego, State of California.

11. This substitution real property is owned solely by Mr. Samaniego as his separate property. [See, Grant Deed, recorded on September 13, 2005, with the San Diego County Recorder's Office as document number 2005-0791016, a true and correct photocopy of which is attached to this Application as **Exhibit A**]

12. This substitution real property was appraised on May 5, 2006, by Matthew J. Rodgers of Approved Appraisals, Inc., at the request of lender Network Financial, located at 3252 Bonita Road, Suite C, City of Chula Vista, County of San Diego, State of California. [A true and correct photocopy of the Uniform Residential Appraisal Report, including addenda, is attached to this Application as **Exhibit B**]

13. All parties agree to the substitution of real property securing the Appearance Bond, agree that the previously secured Bond may be exonerated, and, agree that the lien on Salvador Samaniego's property, located at 2241 Lago Madero, City of Chula Vista, County of San Diego, State of California, may be released upon execution of a new and substitute Bond.

14. SANDOVAL's attorney of record has discussed this proposed modification with Pretrial Services Officer Gina Faubion, who makes no objection to the substitution.

///                    ///                    ///

1   15.   All other conditions of the Bond, including Pretrial
2 Services supervision, and the special conditions of release
3 previously set forth in the Notice to Defendant Being Released
4 filed on December 17, 2004, shall remain in full force and
5 effect.

Respectfully submitted,

Dated: September 21st, 2006

KIRT J. HOPSON
Attorney for Defendant
Juan Guadalupe Ayon Sandoval

Dated: November 20, 2006

McGREGOR W. SCOTT
United States Attorney

By: _____
PHILLIP A. TALBERT
Assistant U.S. Attorney

///              ///              ///

///              ///              ///

///              ///              ///

///              ///              ///

4

## ORDER

IT IS HEREBY ORDERED that:

1. The above Stipulation is adopted by the Court.

2. Defendant Juan Guadalupe Ayon Sandoval's pretrial release shall continue on the same terms and conditions set on December 17, 2004, with the following modification: the $150,000 bond secured by Salvador Samaniego's real property, located at 2241 Lago Madero, City of Chula Vista, County of San Diego, State of California, is hereby substituted with Salvador Samaniego's real property, located at 2604 Cedar Grove Court, City of Chula Vista, County of San Diego, State of California.

3. The new secured Appearance Bond and recorded Deed of Trust shall be filed with this Court.

4. The Clerk of this Court is directed to release the lien recorded against Salvador Samaniego's real property, located at 2241 Lago Madero, City of Chula Vista, County of San Diego, State of California, and, the Clerk is to reconvey the real property to Mr. Samaniego.

DATED: 11/21/06

_Dale A. Drozd_

**United States Magistrate Judge**